STEPHEN TONELLA et al., as Executors of CHARLES TONELLA, Deceased, Respondents, *v.* FISHKILL RURAL CEMETERY, Appellant, Impleaded with Another.

(Argued January 7, 1931; decided February 10, 1931.)

*Charles B. Sullivan, Elijah T. Russell* and *Robert W. Doughty* for appellant.

*William Harry Montgomery* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, O'BRIEN and HUBBS, JJ. Not sitting: KELLOGG, J.